IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM SPIVEY, #K-81482, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 10-cv-1037-JPG |
| ) | |
| LT. BRADLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On January 21, 2011, this Court inadvertently granted Plaintiff *in forma pauperis* status (Doc. 14). Realizing the error, on April 4, 2011 the Court revoked *in forma pauperis* status, and ordered Plaintiff to pay the full filing fee of $350 owed in this action by April 19, 2011. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is **DIRECTED** to **CLOSE THIS CASE**. All pending motions are **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 27, 2011

*s/J. Phil Gilbert*
**United States District Judge**